B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Asma W. Naik                          ,    Case No.  21-18795-CMG

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage LLC | Impact Mortgage Corp. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Mr. Cooper / Attn: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

Phone:  877-343-5602
Last Four Digits of Acct #:  2012

Court Claim # (if known):  4-1
Amount of Claim:  $333,007.40
Date Claim Filed:  01/19/2022

Phone:  800-909-9525
Last Four Digits of Acct. #:  4131

Name and Address where transferee payments should be sent (if different from above):

Mr. Cooper/ Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9741

Phone:  877-343-5602
Last Four Digits of Acct #:  2012

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jessica Ann Berry                       Date: 11/30/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**mr. cooper®**
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

10/12/2023

**OUR INFO**
**ONLINE**
www.mrcooper.com

**YOUR INFO**
**LOAN NUMBER**

**PROPERTY ADDRESS**
22 HANOVER CT
WEST WINDSOR, NJ 08540

ASMA W NAIK
22 HANOVER CT
WEST WINDSOR, NJ 08540

Dear ASMA W NAIK,

Welcome to Mr. Cooper! Effective 10/04/2023, Mr. Cooper is now the servicer for the above-referenced mortgage account. We're excited about the opportunity to serve you. You can count on Mr. Cooper to meet your needs whether you're looking to make a voluntary payment or have questions regarding the account. We offer various voluntary payment options and a toll free line 877-343-5602 with automated account information.

To ensure accuracy, please verify the following personal information:

**PERSONAL INFORMATION**
Home Phone Number:
Work Phone Number:    --
Mailing Address:    22 HANOVER CT
WEST WINDSOR, NJ 08540

**ACCOUNT INFORMATION**
Property Address:    22 HANOVER CT
WEST WINDSOR, NJ 08540

If you find any of the information listed above to be incorrect, please contact us immediately at 877-343-5602.

Please review all the material included with this Welcome Packet for additional information and important messages about the account.

At Mr. Cooper, your business and total satisfaction are important to us. Any time you have questions regarding the account, your Dedicated Loan Specialist is Eric Zamora and can be reached at (866)-316-2432, Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT) or mail your questions to:

Mr. Cooper
Attn: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

We look forward to a long and lasting relationship with you!

Sincerely,
Mr. Cooper

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



44-59/AQB

**This Area Intentionally Left Blank**

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always write your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES
If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $50.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE
If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS
For those customers who reside in the state of New York, a borrower may file complaints about the Servicer with the New York State Department of Financial Services or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Financial Services.

---

You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## PAYMENT OPTIONS

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There is no charge for this service. Call **877-343-5602**.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.**

**MONEYGRAM® EXPRESSPAYMENT®** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call **1-800-926-9400** to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. **The MoneyGram Receive Code is \*\*\*1678\*\*\*.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION® QUICK COLLECT®** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call **1-800-325-6000** to locate the one nearest you. Complete the Quick Collect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper    Code City: MRCOOPER    State: TX

All Quick Collect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 877-343-5602**, Monday through Friday 8 am - 5 pm CT.
[Calls may be monitored and/or recorded for quality assurance purposes].

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| BANKRUPTCY CASE NOTICES: | WRITTEN INFORMATION REQUESTS*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY PAYMENTS: | REQUEST TO CANCEL OR RESUME STATEMENTS: |
|---|---|---|---|---|---|---|
| PO Box 619096 Dallas, TX 75261-9741 | PO Box 619098 Dallas, TX 75261-9741 | Lake Vista 4 800 State Highway 121 Bypass Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 9225 Coppell, TX 75019 Fax (817) 826-1861 | PO Box 619094 Dallas, TX 75261-9741 | PO Box 613287 Dallas, TX 75261 |

**\*ANY NOTICE OF ERROR, REQUEST FOR INFORMATION OR OTHER QUALIFIED WRITTEN REQUEST REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: Mr. Cooper, P.O. Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer.** A written request must comply with the requirements of RESPA and Regulation X. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by Mr. Cooper) that (1) includes or otherwise enables Mr. Cooper to identify the name and account of the borrower, and (2) includes a statement of the reasons for the belief of the borrower, to the extent applicable, that the account is in error or provides sufficient detail to Mr. Cooper regarding information sought by the borrower. A written request may be considered untimely if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.



Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.

---

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX:    ☐ MAILING ADDRESS              ☐ TELEPHONE NUMBER       LOAN #: _____

Borrower's Name: _____        Co-Borrower's Name: _____

Borrower's New Address: _____        Co-Borrower's New Address: _____

_____        _____

Authorized Borrower's Number(s):                                 Authorized Co-Borrower's Number(s):
Home: ( ____ ) _____      Mobile: Yes  No    Home: ( ____ ) _____      Mobile: Yes  No
Work: ( ____ ) _____ Ext: _____ Mobile: Yes No Work: ( ____ ) _____ Ext: _____ Mobile: Yes No
Other: ( ____ ) _____     Mobile: Yes  No    Other: ( ____ ) _____     Mobile: Yes  No

Signature Required: _____        Signature Required: _____

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.



## Important Account Information

**Escrow Account**

Our records indicate that the account has an escrow account for taxes and/or insurance. The mortgage payment amount includes the tax and/or insurance escrow payment. The current Escrow Balance is $0.00.

**Account Status**

Our records indicate the loan is currently in Active Bankruptcy status. If this information is incorrect, please contact us immediately at 877-343-5602. The loan is currently due for 06/01/2016 and the outstanding Unpaid Principal Balance is $124,740.52. This is the account contractual due date and does not reflect the account post-petition due date or any amounts being paid through a bankruptcy plan.

If you completed a loss mitigation agreement with your prior servicer, the agreement may have included a waiver of claims clause. This clause constitutes a waiver of rights and will not be enforced by Mr. Cooper at any time. An example of this language is:

> Borrower has no right of set-off or counterclaim, or any defense to the obligation of the Notes of Security Instrument.

**Partial Payments Policy**

We would like to take this opportunity to inform you of our partial payments policy. Mr. Cooper accepts partial payments until the account becomes delinquent. When accepting partial payments, we may place funds that are less than a full payment in an unapplied funds account. These unapplied funds may remain in the unapplied funds account until the remainder necessary to complete the payment is received. These funds can still be used towards future payments. However, until sufficient funds accrue to make a complete payment, the account may incur late fees or may be reported as delinquent to credit bureaus where permitted under applicable law. The current unapplied funds balance is $4,369.87.

In the event an account becomes delinquent, we may limit the form and amount of payment that will be accepted.

If your loan is sold or transferred, the new "Servicer" or "Lender", may have a different policy.

**Welcome Packet - Enclosures**

**There is additional information provided in this packet. Please keep this information with your loan documents for future reference.**



## Mortgage Related Fees and Costs for New Jersey*

| Mr. Cooper Related Fees and Costs | | |
|---|---|---|
| **Fee Type** | **Fee Description** | **Amount Charged** |
| Assumption Fee (credit qualifying) | Assumption fees are charged when a request is made and approved to change the individuals legally responsible for repaying the loan, which may or may not include a change in property ownership. | Up to $900 |
| Simple Assumption Fee | Simple Assumption fees are charged when a request is made and approved to add an individual to the loan, which is a transfer with no release of liability. | Up to $250 |
| Simple Assumption Document Preparation Fee | This fee is charged for the preparation of the Assumption documents. | Up to $250 |
| Biweekly AutoPay Fee | Assessed when customers choose an optional Biweekly AutoPay schedule to make an additional one-half (1/2) payment toward principal and interest. | $0 |
| Convenience Fee for Payments via Interactive Voice Response (IVR) | Convenience fees may be charged to borrowers making monthly payments via phone with an automated system. | $0 |
| Expedited Quote Delivery Fee | Assessed when borrowers or third parties request for expedited delivery via fax or email. | $0 |
| Insufficient Funds Fee (NSF) | Insufficient Funds (NSF) Fees are assessed when payments are returned due to insufficient funds in the originator's bank account. This is in addition to any fees that may be charged by the originating bank. | Up to $25 |
| Late Fee | Late Charges are assessed for payments received after the due date and applicable grace period. | Up to 5% of unpaid PITI or are assessed per Loan Documents, Investor Limitations, and State Law |
| Partial Release Fee | Partial release fees are assessed when partial releases of liens are requested. This fee is charged in advance of the partial release being processed. A partial release of a lien releases a portion of the property from the borrower's debt obligation. | $0 |
| Payoff Quote Preparation Fee | Payoff quote preparation fees are assessed when a payoff quote is requested. This fee will appear on the Payoff Quote. | $0 |
| Recast Fee | At request of borrower, the loan is reamortized to reduce the Principal and Interest payment amount. This usually follows a large prepayment of principal. | Up to $250 |
| Recording Costs | Recording costs are charged when mortgage loan documents are recorded with counties, states or municipalities. Recording costs are incurred when a loan is paid off and the release of lien is recorded. Recording costs may also be incurred during the default process. | Actual cost of recording |
| Repair Inspection Fee | Inspections of the property to verify that the repairs have been completed and meet requirements and building codes. | Up to $35 |
| Subordination Fee | Subordination Fees are assessed when subordination requests are considered. This fee is charged in advance of the subordination being processed. Subordinations subordinate one lien with another. In other words, they place one lien ahead of an existing lien. | $0 |
| Third Party Reconveyance/Release Preparation Fee | Fee charged at payoff for expenses related to releasing the lien or reconveying the Property. | $0 |

| HELOC | | |
|---|---|---|
| HELOC Annual Fees | Annual or membership fee charged for each year that the home equity loan is being serviced. | Up to $75 |
| HELOC Termination Fee | Termination charges are charged for terminating a home equity line of credit. | Termination Fees are assessed per Loan Documents |

**Default Costs**

| Type | Description | Amount Charged |
|---|---|---|
| **Valuation Costs** | | |
| Broker Price Opinion (BPO)[1,2,3] | An estimate of the market value of property by a real estate broker or other qualified individual. | Up to $375 per event |
| Appraisal[1,2,3] | An opinion of fair market value by an appraiser based on an inspection of the interior and/or exterior of a property. | Market Rate Charged by Third Party Contractors |
| Automated Valuation Model (AVM) | A review of value based on comparable and historical sale prices in proximity of the property. No onsite review of value or property condition is performed. | Up to $10 per event |
| **Inspection Cost** | | |
| Property Inspection[1,2] | Property inspection fees may be charged if property inspections are conducted per investor requirements and as allowed by the loan agreement and applicable law. | Ranges from $15 - $60 per event based on type of inspection required. |
| **Property Preservation Costs** | | |
| Property Photos[1,2] | We may have contractors take photographs to document property condition and/or property preservation services performed. | Up to $30 per maintenance event |
| Securing the property[1,2,5,11,12] | If the property is vacant and/or abandoned, contractors may be hired to secure the property. Services may include, but are not limited to, an initial secure of the property and re-keying locks, securing doors; installing slide bolts, locks, barrel bolts, deadbolts and padlocks; installing security doors with padlocks; and/or boarding garage doors or windows. | Market Rate Charged by Third Party Contractors |
| Lawn care/snow removal[1,2,3,5,10] | If the property is vacant and/or abandoned, contractors may be retained to perform lawn care or snow removal. Services may include periodically watering, trimming shrubs, and/or cutting the grass. Snow removal may include removing snow from the entry walk, porch and/or driveway. | Up to $500 per event |
| Plumbing, electrical, heating and cooling system maintenance and repair[1,2,11,12] | If the property is vacant and/or abandoned, we may have contractors repair and/or maintain the systems on the property including the plumbing, electrical, heating and cooling systems. If necessary, we may cap gas, water, sewer lines and/or exposed electrical wires. | Market Rate Charged by Third Party Contractors |
| Securitization of Pools, Spas, Jacuzzis & Hot Tubs | If the property is vacant and/or abandoned, contractors may secure pools, spas, Jacuzzi's and/or hot tubs. Services may include but are not limited to securing, covering, draining, disassembling, chlorinating and/or boarding. | Market Rate-charged by Third Party Contractors |
| Winterize/de-winterize[1,2,3,10] | If the property is vacant and/or abandoned, steps may be taken to protect the property from winter elements. Services may include but are not limited to, draining plumbing and heating systems, maintaining water services to houses where a community water service is involved, and/or turning off water supply to the property, and may include the use of air pressure and/or adding anti-freeze to prevent freeze-ups. | Up to $2,500 per event |
| Debris removal/personal property removal/vehicle removal[1,2,11,12] | If the property is vacant and/or abandoned, we may have contractors remove debris. Services may include but are not limited to the removal of hazardous or non-hazardous material, trash or personal property left behind (including non-functioning appliances, abandoned automobiles, boats, motorcycles, recreational vehicles and trailers or personal property). | Market Rate Charged by Third Party Contractors and the Cubic Yardage of the Debris being Removed. |
| Utilities[4] | If the property is vacant and/or abandoned, we may make water, electric and/or gas utility payments directly to the utility company and charge against the loan at the same amount | Up to $175 |
| Damage Repairs[1,2,5,11,12] | If the property is vacant and/or abandoned, we may have a contractor conduct repairs to address and fix identified damages to a property or otherwise take measures to prevent further damage from occurring. | Market Rate Charged by Third Party Contractors |

| Health and Safety Costs | | |
|---|---|---|
| Cleaning[1,2,11,12] | If the property is vacant and/or abandoned, we may have contractors provide cleaning services to address any Health and/or Safety issues. Services may include, but not be limited to, general cleaning, and cleaning refrigerators, stand alone freezers and toilets. | Market Rate Charged by Third Party Contractors |
| Environmental inspection and remediation[1,2,5,9] | If the property is vacant and/or abandoned, services may be provided to treat or remediate environmental hazards, including, but not limited to, mold, oil and toxic chemicals, in an attempt to prevent further damage and/or deterioration of the property. Molds, fungus, mildew, and similar organisms ("Mold Conditions") may exist in the Property of which the Servicer is unaware and has no actual knowledge. No representation or warranty is made in regard to the effectiveness of any treatment or remediation action which may be taken. | Market Rate Charged by Third Party Contractors |
| Extermination and pest control services, termite inspections and/or treatment[1,2,9] | If the property is vacant and/or abandoned, we may coordinate fumigation by a professional extermination company. Services may include but are not limited to removal of vermin or other animals, termite inspection and/or treatment. | Market Rate Charged by Third Party Contractors |
| **Foreclosure Fees and Costs** | | |
| Attorney/trustee Fees and Costs[6] | These are attorney fees and costs incurred and assessed with respect to the foreclosure process. Trustee costs may be charged in non-judicial states. | Actual fees/costs incurred unless limited by investor guidelines, applicable law or contract. |
| Process server[7] | We may have a process server who notifies all parties in person of interest of legal action in accordance with appropriate legal standards. | Up to $1,405 per each foreclosure action |
| Publication/posting[8] | We may be required to advertise or publish notice of a foreclosure sale. | Actual amount assessed |
| Transfer Tax | Some states require a transfer tax based on a percentage of the appraised value or sale price. | Actual amount assessed |
| Mailing Cost | We may be required to mail documents to parties holding an interest in the property. | Up to $100 per foreclosure action |
| **Title Costs** | | |
| Title Search[13] | This is the cost for title report, utilized by the trustee or foreclosure attorney. The cost may be based on unpaid principal balance (UPB). Prior to initiating foreclosure action, we must confirm lien position and interested parties. This cost does not include any insurance premium. | Up to $750 per each foreclosure action |
| **Bankruptcy Costs** | | |
| Bankruptcy fees and costs[6] | Once a bankruptcy is filed, attorney costs may be incurred as part of the bankruptcy process. | Actual fees/costs incurred unless limited by investor guidelines, applicable law or contract. |

Please note: The amount charged is subject to change based on the amount of the actual fee and or cost assessed and any applicable local ordinances, investor guidelines or state law. No fee and or cost shall exceed any state allowable limit or loan document limitations. No fee will be rendered for a service that is not applicable.

1 Costs are based on the market price for such services in a particular state/locale.
2 There may be an additional charge if the service is performed on a rush basis or ongoing maintenance is required.
3 Costs may exceed the stated range under extraordinary situations including, but not limited to, nonconforming properties, proposed   construction, beach, canyon, rural and remote locations, atypical large gross living area and improvements may incur an additional   charge.
4 Utility costs are passed through based on actual utility company billing.  Depending on the circumstances - such as billing rates or   consumption rate – the charges can vary widely.
5 Costs may vary depending on local ordinances.
6 Subject to the stated restrictions on fee recoverability, Fees/Costs incurred to an account represent the actual amount charged by the attorney or trustee for work performed. Attorney/Trustee costs can vary based upon many factors including, but not limited to, the amount of time spent or the issues raised. Except for the costs specifically listed in the Foreclosure Fee and Cost section, the amount incurred may also consist of related costs including, but not limited to, filing fees, court costs or other administrative or direct pass through expenses which may be required by contract, applicable law or Court rules.
7 Process server costs vary based on several factors including the number of parties that must be served and the difficulty of achieving   service (e.g., the cost may be higher if a party is avoiding servicer, is difficult to locate or distant from the forum).
8 Publication/posting costs vary based on the publication method used and/or selected that may be required to meet local or legal requirements, such as court orders or mandates that require us to use specific publications which may significantly increase the amount assessed to the loan.
9 The amount for these costs varies widely and is dependent on many factors, including the nature and extent of the work performed or   services provided, the location of the property, size of the residence, character of the infestation or contamination among other factors.   10 Costs may exceed the stated range under extraordinary situations including, but not limited to, emergency services, large lots,   extensive landscaping, the size or condition of the systems and location, the amount of personal property or the condition of the   property and location, the character or extend of any damage, local ordinances, or the term during which the property remains subject   to default.
11 Costs may vary depending on extraordinary situations including, but not limited to, nonconforming properties, proposed construction,   beach, canyon, rural and remote locations, atypical large gross living area and over-improvements may incur an additional charge.
12 Costs may vary depending on extraordinary situations including, but not limited to, emergency services, large lots, extensive landscaping, the size or condition of the systems and location, the amount of personal property or the condition of the property and   location, the character or extend of any damage, local ordinances, or the term during which the property remains subject to default.
13 Depending on the circumstances of the foreclosure, title search may occur more than once, resulting in the cost being incurred more   than once.

*The above fees and charges may vary due to applicable law.

Last revised on: February 16, 2023

**mr. cooper®**
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

9/12/2023

**OUR INFO**
ONLINE
www.mrcooper.com

**YOUR INFO**
LOAN NUMBER

**PROPERTY ADDRESS**
22 HANOVER CT
WEST WINDSOR, NJ 08540

ASMA W NAIK
22 HANOVER CT
WEST WINDSOR, NJ 08540

### NOTICE OF SERVICING TRANSFER

Dear ASMA W NAIK,

The servicing of the mortgage loan is being transferred, effective 10/04/2023. This means that after this date, a new servicer will be collecting the voluntary mortgage loan payments. Nothing else about the mortgage loan will change.

Impac Mortgage Corp. c/o LoanCare, LLC is now collecting the voluntary payments. Impac Mortgage Corp. c/o LoanCare, LLC will stop accepting voluntary payments received after 10/03/23.

Mr. Cooper will collect the voluntary payments going forward and will begin accepting voluntary payments received on 10/04/2023.

**Send all voluntary payments due on or after 10/04/2023 to Mr. Cooper at this address:**

**PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516**

If you have any questions for either the present servicer, Impac Mortgage Corp. c/o LoanCare, LLC or the new servicer, Mr. Cooper, about the mortgage loan or this transfer, please contact them using the information below:

| **Current Servicer:** | **New Servicer:** |
|---|---|
| Impac Mortgage Corp. c/o LoanCare, LLC | Mr. Cooper |
| Customer Service Department | Bankruptcy Department |
| P.O. Box 8068 | 8950 Cypress Waters Blvd. |
| Virginia Beach, VA 23450 | Coppell, TX 75019 |
| 855-703-7268 | 877-343-5602 |

**Your mortgage life insurance, disability insurance and/or other optional insurance products and services will not transfer to Mr. Cooper. If you wish to retain these policies, you should contact your current optional insurance carrier or service provider.**

For 60 days after your transfer to Mr. Cooper, there will be no late fees or negative credit reporting for any payments sent to your previous servicer by its due date, as required by federal law.

Sincerely,

Mr. Cooper

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY



# Frequently Asked Questions and Answers About Transfers of Mortgage Loan Servicing

1. **Are my rights under the loan documents affected?**
   No. The terms of the loan are not affected by this loan servicing transfer; the loan is simply being transferred to Mr. Cooper for servicing.

2. **I already sent my payment to the previous servicer. Will my payment be forwarded to Mr. Cooper?**
   Yes. The previous servicer will forward the payment to Mr. Cooper and we will credit it to the loan.

3. **Currently, the tax and insurance payments are made by the mortgage company. Will this continue?**
   Yes. If escrow funds are being held for the payment of taxes and/or insurance premiums, Mr. Cooper will continue collecting these funds and making those payments.

4. **Do I need to contact my insurance company?**
   Yes. Please ask your insurance carrier to change the mortgagee clause to:

   Nationstar Mortgage LLC
   Its Successors and/or Assigns
   PO Box 7729
   Springfield,
   OH 45501

   You will also need to change the loan number to the new Mr. Cooper loan number.

5. **When will I receive my year-end information for tax purposes and for my records?**
   Both the previous servicer and Mr. Cooper will provide you with separate statements no later than January 31st. These statements will reflect the amount of mortgage interest paid and any real estate taxes paid through the escrow account during the period of time the loan was serviced by each company.

6. **How do I make monthly mortgage payments?**
   Mr. Cooper offers several options to make the monthly payment:

   - **Automated Phone Payment:** Call 888-480-2432 any time to schedule a payment through our phone system.

   - **Mailing The Payment -** Payments can be mailed to:
     Mr. Cooper
     PO Box 619094
     Dallas, TX 75261-9741

   - **Western Union® Quick Collect® or MoneyGram® ExpressPayment®-** Mr. Cooper allows you to send funds directly to our office by wire using these services. There is a fee associated with each service. For the nearest payment location and for further details call 1-800-325-6000 for Western Union or 1-800-926-9400 for MoneyGram. Complete the Western Union Quick Collect form using CODE CITY "MRCOOPER" and CODE STATE "TX" or use "Receive Code 1678" on the MoneyGram ExpressPayment form.

   Also, please update the account number to the new Mr. Cooper loan number which is located on the cover page of the enclosed letter.

7. **Periodically the escrow account is adjusted based upon a lender analysis. Will the escrow analysis date change and when will I receive an Escrow Analysis Statement?**
   Mr. Cooper complies with the Real Estate Settlement Procedure Act which requires us to perform a periodic analysis of the loan. This analysis may result in an escrow account adjustment. You will receive an escrow analysis statement each time an analysis is performed. Nationstar generally performs analysis on loans shortly after we make the largest scheduled disbursement from the escrow account.

8. **I may soon be called to active duty in the military. What do I need to do?**
   Please send in a copy of your Orders to report for active duty to:

   Mr. Cooper
   Attn: Military Families
   PO Box 619098
   Dallas, TX 75261-9063

9. **How can I obtain the total amount to pay off the loan?**
   You may request a written payoff quote via our secure website, through our automated phone system, or by calling one of our Customer Service Representatives at 888-480-2432. In an effort to ensure all amounts quoted are accurate, we do not provide verbal payoff figures.

**10. If I need information on the loan, who should I contact?**
We certainly encourage you to take advantage of the convenience of accessing the loan information through our automated phone system, which is available 24/7 for your convenience. Please contact Mr. Cooper's Customer Service Department at 888-480-2432 if you have questions that cannot be answered through this system or if you would simply prefer to speak to a representative.

**11. How can I change my personal contact information?**
You can change your mailing address, telephone number, and email address.
- Contact our Customer Service Department at 888-480-2432, Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

**12. I have life insurance or other optional products on the mortgage. Are they impacted?**
Yes. If you have been paying premiums for life, disability, accidental death insurance or other optional products, these policies may not transfer to Mr. Cooper and may be cancelled. If you desire to continue your optional coverage, you should contact your product provider and discuss the possibility of directly remitting your premium to them to continue the life insurance coverage or optional products.

**13. Will my modification transfer to my new servicer?**
If the account was modified prior to the transfer, the modification will remain. If you were working on, but had not finalized your modification, then how we proceed will depend on what step of the process you were working on prior to the transfer. It's possible that we may need to start over, or we may need further documentation.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
Trade Centre South, Suite 700
100 W. Cypress Creek Road
Fort Lauderdale, FL 33309
TEL. (954) 491-1120
FAX (954) 343-6982
bankruptcy@gmlaw.com

In Re:

Asma W. Naik

Case No.: 21-18795-CMG
Chapter: 13
Adv. No.:
Hearing Date:
Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Michelle Torres :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Greenspoon Marder LLP, who represents Mortgage Research Center, LLC in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On November 30, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 30, 2023                    /s/ Michelle Torres
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Asma W. Naik<br>22 Hanover Ct<br>Princeton, NJ 08540-7067 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tamika Nicole Wyche<br>Law Offices of David Paul Daniels, LLC<br>2985 Yorkship Square<br>Suite 1A<br>Camden, NJ 08104 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |