Waseem Naik, Pro Se
22 Vernon Ct
Princeton NJ 08540
609-379-2677
WaseemNaik@gmail.com

21-18795-CMG

Re: Asma Naik, (Debtors),

FILED
JEANNE A. NAUGHTON, CLERK
JAN 5 2026
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Hon Christine Gravelle,

Re: Motion to be decided on Papers

Your Honor;

Movant, Waseem Naik, Pro Se, respectfully requests that since the Creditor has not filed Certification of Facts, the Creditor lacks standing before this Court. Therefore, to save Court's time, the Movant requests that the motion to be decided on papers alone.

Humbly Submitted,
Waseem Naik, Pro Se, Movant.

01/05/2026

cc: all parties.